UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

| | |
|---|---|
| DAWN F. LITTLEJOHN,<br><br>              Plaintiff,<br><br>  vs.<br><br>CITY OF NEW YORK; JOHN B. MATTINGLY, FORMER COMMISSIONER; AMY BAKER; and BRANDON STRADFORD,<br><br>              Defendants. | **NOTICE OF MOTION TO DISMISS THE COMPLAINT**<br><br>13 Civ. 1116 (RWS) |

------------------------------------------------------------------------ x

    **PLEASE TAKE NOTICE** that, upon the Declaration of Assistant Corporation Counsel Laura C. Rowntree, executed December 6, 2013, and the exhibits annexed thereto; the Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, dated December 6, 2013; and upon all other pleadings and proceedings herein, defendants City of New York, Commissioner John B. Mattingly, Amy Baker, and Brandon Stradford will move this Court, at the United States Courthouse for United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, before the Honorable Robert W. Sweet, for an Order pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, dismissing all of plaintiff's causes of action on the grounds that plaintiff has not exhausted her administrative remedies as to her sexual harassment claim, and the remainder of plaintiff's complaint fails to state a claim upon which relief can be granted.

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 6.1 of the Local Civil Rules of this Court, answering papers, if any, shall be served on or before December 20, 2013, and defendant's reply papers are to be served on or before December 27, 2013, and that, pursuant to the Individual Practices of Hon. Robert W. Sweet, oral argument shall take place on

Wednesday, January 22, 2013, at 12:00 p.m.

        **PLEASE TAKE FURTHER NOTICE** that, defendants also request a stay of discovery during the pendency of their motion to dismiss, and that plaintiff has consented to this request.

Dated:        New York, New York
                 December 6, 2013

                                          **MICHAEL A. CARDOZO**
                                          Corporation Counsel of the
                                             City of New York
                                          Attorney for Defendants
                                          100 Church Street
                                          New York, New York 10007
                                          (212) 356-2549
                                          lrowntre@law.nyc.gov

                               By:        /s/
                                          Laura C. Rowntree
                                          Assistant Corporation Counsel

To:       Gregory Gladstone Smith (by ECF)
            Gregory Smith & Associates
            225 Broadway, Ste. 3901
            New York, NY 10007
            (212) 267-2042
            gsmith225@aol.com

Docket No.  13 Civ. 1116 (RWS)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAWN F. LITTLEJOHN,

                                  Plaintiff,

                  vs.

CITY OF NEW YORK; JOHN B. MATTINGLY, FORMER COMMISSIONER; AMY BAKER; and BRANDON STRADFORD,

                                Defendants.

**NOTICE OF MOTION TO DISMISS THE COMPLAINT, and DECLARATION OF LAURA C. ROWNTREE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

*MICHAEL A. CARDOZO*

*Corporation Counsel of the City of New York*
    *Attorney for Defendant*
    *100 Church Street*
    *New York, N.Y.  10007*

    *Of Counsel:  Laura C. Rowntree*
    *Tel:  (212) 356-2549*
    *Matter #. 2013-018643*