# EXHIBIT 2

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☒ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>846-2012-00471 |
|---|---|---|

New York State Division of Human Rights _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Dawn F. Littlejohn | Home Phone (Incl. Area Code)<br>(917) 475-1370 | Date of Birth<br>2/4/1964 |
|---|---|---|

Street Address: 253 West 122nd Street, Apt. # 1, New York, NY 10027

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name<br>NYC Administration for Children's Services | No. Employees, Members<br>500+ | Phone No. (Incl. Area Code)<br>(212) 341-0900 |
|---|---|---|

Street Address: 150 William Street, New York, NY 10038

| Name<br>Susan Starker, Esq., Employment Law Unit, Administration for Children's Services | No. Employees, Members<br>500+ | Phone No. (Incl. Area Code)<br>(212) 788-2694 |
|---|---|---|

Street Address: 150 William Street, 6th Floor, New York, NY 10038

DISCRIMINATION BASED ON (Check appropriate box(es).)
☒ RACE   ☒ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: _____   Latest: 3/13/2011
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

SEE ATTACHED STATEMENT.

COPY

RECEIVED FEB 02 2012 EEOC-NYDO-CRTIU

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

1/19/12   x Dawn J. Littlejohn
Date / Charging Party Signature

NOTARY – When necessary for State or Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT
Dawn J. Littlejohn

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year) Feb- 2nd, 2012

DAMARIS L PIZARRO
Notary Public - State of New York
NO. 01PI6162994
Qualified in Kings County
My Commission Expires 3/19/20__

Dawn F. Littlejohn

### 6. Why do you believe actions these discriminatory?

I believe that Amy Baker (agent of ACS) subjected me to differential terms and conditions of employment because of my race and color. These differential terms and conditions of employment include, but not limited to:

- Failure to reassign me to position for which I was suitably and well qualified. I am a professional with close to 22 years of experience and have held managerial roles for most of that time.
- Incessant harassment and degrading speech not experienced by similarly situated white employees
- Retaliation for complaining about common ACS practices and for another worker filing a complaint
- On May 13, 2011 I was demoted from Admin Staff Analyst M1 to Admin Staff Analyst (NM) and replaced by a white female.
- I was harassed and subjected to a hostile work environment in that I was deliberately frozen out and excluded from all deliberations, meetings and responsibilities to which I would ordinarily have been a participant: and to which my white EEO counterpart in ACS are routinely invited.
- Since March 13, 2011 in order to further humiliate and publically embarrass me, Ms. Baker chose not only to strip me of my managerial title (something she would not have done to similarly situated white) but to relegate me to performing the most menial tasks and clerical tasks.
- I believe that these actions were taken to eventually strip me of my pay level that I worked so very hard to attain.
- At all relevant times, Ms Baker has maintained a practice and pattern of unlawful discrimination on the basis of race and color towards me.
- Behavior unlawful and in violation of Plaintiffs rights under Federal, State and local laws, such as New York City Human rights Law and NY State Human Rights Law

Dawn F Littlejohn
10/21/11

Subscribed and sworn this 2nd day of Feb 2012

RECEIVED
FEB 02 2012
EEOC-NYDO-CHTIU

DAMARIS L PIZARRO
Notary Public - State of New York
NO. 01PI6162994
Qualified in Kings County
My Commission Expires 3/19/2015

*Dawn F. Littlejohn*

Attachment (continued)

- As discussed, Ms. Baker continues her unlawful behavior. Even to date she gloats and continues to publicly make derogatory statements regarding my work ethic and tone and leave to her peers as pretext for her unlawful behavior towards me.
- Retaliation included removing my performance evaluation from my personnel file
- My pay was reduced unfairly. However, due to differentials from my new union little I was able to sustain loss.
- Unlawful, retaliatory acts included ordering my manager to single me out and providing with unrelatable to size degree tasks or standards
- I was unfairly and unlawfully derailed from my professional career path.

*Dawn F. Littlejohn*
1/19/12

Subscribed and sworn this 2nd day of Feb. 2012

RECEIVED
FEB 02 2012
EEOC-NYDO-CRTIU

DAMARIS L PIZARRO
Notary Public - State of New York
NO. 01PI6162994
Qualified in Kings County
My Commission Expires 3/19/2015