# EXHIBIT 3

3/29/11

[illegible] Freddie Alvarez called

asked me what did I want

from Joe — he wanted her

to ask me what I wanted

(What an idiot! This is

ridiculous → I don't

say this to Freddie of course)

She tells me "you know

how things go"

ACS has lost its soul → quote

"Sometimes you have to recognize the

sheet — even though you don't see

the pillow case" G Fiore

"Who's running this place — BC

Janet – Complained

# 2011

4/1/11 – Spoke to Sabrina regarding Amy unfair treatment

4/26/11 – Saw in passing asked to speak to her – "I don't feel the love" → no [illegible] wrong right meeting

4/29/11 – Asked Phillip that to speak w/ Janet – never got back to me I [illegible] Janet refused (He said she is boss) when I [illegible]

5/4/11 Ask again – Phillip tells me she don't [illegible] time

5/18/11 Saw her in hall asked if Phil told her and she said she had no intention of speaking w/ me.

[illegible] Janet at her [illegible] to sit down [illegible]

No recourse period.

9/8/11 Alone in elevator told her that Brandon is bad talking me, my environment is hostile for a # of reasons and I think its best that I transfer out. She was like stone - turned red and refused to talk to me.

4/1/11

Spoke to Silvzzi about unfair treatment - shared with me that Amy stated "she could never fire me"

I said - I lead an average of 24 weeks in the building a week - I worked after [illegible] and come in on weekend to clear up backlogs - only need to reach me during regular business hours.

I gave up!

4/4/11

...ding with
...because Watson
...he stated she
knew [illegible] something
... I [illegible] to Amy
She said that she refused
that Amy would shut down
any ideas at meetings [illegible]
of everyone.
– She said that she knew (figured)
Amy was not a nice person so
she stayed clean and kept her
relationship loving.

4/5/11

Ran into Shirley [illegible] advised [illegible] to apply for Chief of Staff

[illegible] told [illegible] Tom finally

[illegible] hope [illegible]

I [illegible] to [illegible]

6/6/11

Spoke to Janet at her
door - requesting to sit
down and talk about
something of critical importance
She never looked up and
told me "that she already
spoke to me" => she intimidating
Although happened wrongfully
what recourse for me!



9/8/11

Spoke with Jack regarding Brandon talking ~~badly~~ about me with staff and managers. Especially feel so badly. goes in the ~~Deb~~ Sunshine's office and they close the door and slams door. and they talk about me -- I feel just talking bad! have them fill hostile environment -- the only reason I don't feel safe... I could speak w/ her is because we were alone in the elevator. She refuse to sit w/ me.

3/26/12

What a day!

- opened package and saw it a copy of email requesting Markus Irwin to make a copy of my file – my file copied –

I sealed package and placed back in receptionist bin since she left office and no one at desk

Called Deborah Wright

Came home listened to tape and quality is very poor. Drat

Email Claim printed.

Friday - after 4 pm closed Pension matter

Sunday emailed changed doctors appt

> see emailed claim

Called Brandon 8:30 - informed in route to the office and will handle field assignment

- He stated - not sure what he wanted me to do

I taped discussion -> hopefully it worked.

Gave me 30 minutes -> never came back -> I went over after a 45 min and told he did not want me to do task. I emailed - told that he would be contacting

See email claim.

/// SMEAD® KEEPING YOU ORGANIZED No. 10300 150L SUSTAINABLE FORESTRY INITIATIVE Certified Fiber Sourcing www.sfiprogram.org MIN. RECYCLED CONTENT 10% POST-CONSUMER MADE IN USA GET ORGANIZED AT SMEAD.COM

Receptionist brought package for me -> scribbles on label -> she said delivery slip was torn off and given to delivery person -> she said it stated

3/26/12

It feels horrible to know a person is talking about you and just let it go.

→ He goes into Deb Semler's office and they leave then [illegible] → just talking about me. It feels so bad! ☹

SMEAD®
KEEPING YOU ORGANIZED
No. 10300
150L
SUSTAINABLE FORESTRY INITIATIVE
Certified Fiber Sourcing
www.sfiprogram.org
MIN. RECYCLED CONTENT 10% POST-CONSUMER
MADE IN USA
GET ORGANIZED AT SMEAD.COM

4/2/12 Last week [illegible]

feel so unsafe -> he has been in their

office again -> Robin discussed how

[illegible] image and [illegible] suggest she

[illegible] with Janet as well as

[illegible] compensation memo -> Brandon

[illegible] tagged as an [illegible] and has

tarnished her reputation throughout the office

Left message for Mr. Wright -> I'm

not sure what is going on and Janet has

been no help whatsoever!