# EXHIBIT 4

## Personnel Services Staff/Witness List

*Previously Submitted on 4/20/12*

Carolyn Young – Carolyn.young@dfa.state.ny.us

Marion Hill – Marion.Hill@dfa.state.ny.us

Barbara McCaw - Barbara.McCaw@dfa.state.ny.us

Brenda Crowder- Brenda.Crowder@dfa.state.ny.us

Joann Bolden - Joann.Bolden@dfa.state.ny.us


Robin Spatt – Robin.Spatt@dfa.state.ny.us
(hostile environment )- She is also sick as a result of behavior. I was given the responsibility to supervise Ms. Spatt.

Faustina Haynes – Faustina.Haynes@dfa.state.ny.us
I told her what I was experiencing and she suggested I speak to Claudette Wynter and EEO.