# EXHIBIT 5

# COMPLAINT OF DISCRIMINATION FORM

DO NOT WRITE IN THIS SPACE
FOR USE BY EEO OFFICE

_____ vs _____
COMPLAINANT          RESPONDENT

CASE NO. _____

DATE FILED _____

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Name _Dawn Littlejohn_____ Reference No. _____

Civil Service Title _Adm Styf Anlyt(NM)_ Office Title _Unknown_

Division _Personnel Services___ Your Supervisor _Claudette Wynter_

When initial complaint was made on 4/20/12 - Employee Relations - Supervisor Brandon Stradford

What is the alleged basis of discrimination? (Check all which apply)

Age [ ]              Alienage/Citizenship [ ]     Pregnancy [ ]

Race [ ]             National Origin [ ]          Disability [ ]

Color [ ]            Arrest/Conviction [ ]        Religion [ ]

Creed [ ]            Sexual Orientation [ ]       Domestic Violence [ ]

Gender [ ]           Marital Status [ ]           Sexual Harassment [✓]

Retaliation for filing/assisting in an investigation of complaint [✓]    Other [ ]

Please give name, title and division of person(s) you believe discriminated against you.

_Brandon Stradford, Director of Employee Relations_

**When did the alleged discrimination occur (include dates and times)?**

Beginning on or around July 2010 - I met with ACS EEO Director Fredda Moon and Sheri Scott and detailed a series of actions and behaviors that I endured at the hands of Mr. Shredford. Also provided a list of witnesses.

**Were there witnesses to the discrimination? (Please give the name, title and division where any witness is employed on the attached sheet marked confidential.)**

**Did you report this incident to anyone? If so, please state the name, title and division of the person to whom you reported it.**

Janet Sobrizi, Assistant Commissioner of Administration. She refused to listen further to what I had to say and sent an email telling me that I was trying to get out of work. I then sought the assistance of EEO after getting physically ill by my work environment.

10

Have you filed a complaint about the alleged discrimination with any of the following agencies? If so, please state the date and number of the complaint. (Check all which apply)

New York City Commission on Human Rights [ ]
New York State Division of Human Rights [ ]
United States Equal Employment Opportunity Commission [✓]
United States Department of Labor [ ]

_____

_____

Describe what happened to you, which you believe is unlawful discrimination, and how other persons were treated differently. This statement may be amended to correct mistakes or omissions. Please use extra pages if necessary.

Detailed during April 20th, 2012 meeting.

What corrective action do you want taken?

I want to be removed from direct report and away from this manager. Manager should be reprimanded so that no other employee (subordinate) should have to endure such treatment

I certify that I have read the above charge, that it is true to the best of my knowledge, information and belief and that I have read the attached notices concerning my rights to file a complaint with the federal, state and local civil rights enforcement agencies.

11/29/12 (Previously complained on 4/20/12)     Dawn L. L. Hejohn
Date

## Personnel Services Staff/Witness List

*previously submitted on 4/20/12*

Carolyn Young – Carolyn.young@dfa.state.ny.us

Marion Hill – Marion.Hill@dfa.state.ny.us

Barbara McCaw - Barbara.McCaw@dfa.state.ny.us

Brenda Crowder- Brenda.Crowder@dfa.state.ny.us

Joann Bolden - Joann.Bolden@dfa.state.ny.us


Robin Spatt – Robin.Spatt@dfa.state.ny.us
(hostile environment )- She is also sick as a result of behavior. I was given the responsibility to supervise Ms. Spatt.

Faustina Haynes – Faustina.Haynes@dfa.state.ny.us
I told her what I was experiencing and she suggested I speak to Claudette Wynter and EEO.