# EXHIBIT 6

**Subject**: Re: Upcoming Mediation

Dawn - the transfer sounds like a very good idea. At this point, your agency did not agree to mediation. I will contact them to see if they are interested now.

>>> "Littlejohn, Dawn (ACS)" <Dawn.Littlejohn@dfa.state.ny.us> 4/12/2012 5:32 PM >>>
Good evening Ms. Reik,

I hope all is well with you. Please accept my heartfelt gratitude for the professionalism and kindness that you've shown to me. I appreciate all the time and effort expended on my behalf. My work environment is pretty difficult to endure and I am confident that I can thrive as well as be an asset elsewhere in ACS. I am hopeful that I will be given a fair opportunity to do so. One's work environment should be a safe haven free from harassment and retaliatory acts and at present I am in a hostile environment in which I do not feel safe.

I reached out to Assistant Commissioner, Dale Joseph regarding working within the Office of Community Partnerships and she was very enthusiastic about the prospect of me joining her team. In fact, she shared that she actually had a great need for coverage of Community Partnerships in the Lower East Side and felt that I would be a good fit due in part to my seven years of experience working with various communities under Comptroller Thompson. She has also offered her assistance with this transition. If you need to speak with her Dale Joseph can be reached at 212-442-3301 or Dale.Joseph@dfa.state.ny.us

In addition, I have mulled over some of the things that I am experiencing under my current manager, Brandon Stradford. I realize that the horrible feeling in my stomach is not just the ulcer that has grown there; but the result of what sounds and feels a lot like sexual harassment. Please let me know if I need to amend my complaint.

Thanks again for your attention to my complaint.

Best,
Dawn F. Littlejohn

Confidentiality Notice: This e-mail communication, and any attachments, contains confidential and privileged information for the exclusive use of the recipient(s) named above. If you are not an intended recipient, or the employee or agent responsible to deliver it to an intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and delete this communication from your computer. Thank you.

Hi Ms. Reik,

Once again, I appreciate all efforts on my behalf.

Please know that I will be on a medical leave for 3-4 weeks so please email me on dflittlejohn@gmail.com or call at (347)504-5653. I met with my internal EEO and disclosed all that I have been enduring at the hands of my current manager. It was a bit embarrassing but I told the whole truth. I did no0t file a formal complaint. I simply want to transfer in peace..Working in this division has literally made me ill and it is unbearable.

Thanks for all you do,
Dawn

---

**From:** DEBORAH REIK [mailto:DEBORAH.REIK@EEOC.GOV]
**Sent:** Friday, April 13, 2012 5:18 PM
**To:** Littlejohn, Dawn (ACS)
**Subject:** RE: Upcoming Mediation

What I am asking is, if they agreed to move you to a different department, would you withdraw your charge? Is there a job available in the other department at your level?

>>> "Littlejohn, Dawn (ACS)" <Dawn.Littlejohn@dfa.state.ny.us> 4/13/2012 4:33 PM >>>
It would certainly address my complaint with my current hostile environment. Thanks again!

---

**From:** DEBORAH REIK [mailto:DEBORAH.REIK@EEOC.GOV]
**Sent:** Friday, April 13, 2012 2:52 PM
**To:** Littlejohn, Dawn (ACS)
**Subject:** Re: Upcoming Mediation

If the agency agreed to this transfer, would it resolve your complaint? As you know, your case has been transferred out of ADR because your agency decided against it.

>>> "Littlejohn, Dawn (ACS)" <Dawn.Littlejohn@dfa.state.ny.us> 4/13/2012 10:14 AM >>>
Good morning Ms. Reik,

I appreciate your speedy response. I will await word from you.

I plan on giving back my blackberry today so please respond using dawnflittlejohn@gmail.com, if not during business hours.

Thanks again and be well,
Dawn

Sent from my BlackBerry Handheld

**From:** DEBORAH REIK [mailto:DEBORAH.REIK@EEOC.GOV]
**Sent:** Friday, April 13, 2012 09:36 AM
**To:** Littlejohn, Dawn (ACS)