# EXHIBIT 7



**Administration for Children's Services**

Ronald E. Richter
Commissioner

Donald Brosen
Deputy Commissioner
Division of Administration

Janet D. Subrizi
Assistant Commissioner
Office of Personnel Services

150 William Street, 16th Floor
New York, N.Y. 10038

212-341-2501 tel.
212-341-2504 fax

April 16, 2012

Ms. Dawn Littlejohn
253 West 122nd Street
New York, N.Y. 10027

Dear Ms. Littlejohn:

This letter is to acknowledge receipt of your Transfer Request Form (ACS-300) by the Administration for Children's Services Transfer Unit. Please be aware that the submission of Form ACS-300 does not represent a guarantee of your request.

We have recorded your requested assignment (s) as follows:

Family Support Services – Office of Community Partnership and Advocacy

Your request will remain on file until a vacancy becomes available or for one year. If you wish to withdraw your request, please complete and sign the bottom portion of this form and forward to: **Administration for Children's Services, Personnel Transfer Unit, 150 William St. 16th Floor, New York, NY 10038. Attention: Ms. Doris Cochran.** You may also send an e-mail to Ms. Cochran to rescind your request.

Sincerely,

Deborah Sumlin
Transfer Unit Manager

---

[   ] **I am rescinding my Transfer Request/s as noted:**

_____

_____

_____

**Title:**_____ **Employee I.D. #:**_____

**Signature:**_____ **Date:**_____

**Current Location/Address:**_____



**NYC Children's Services**

RECEIVED
ACS/PERSONNEL SVCS.
2012 APR 13 PM 3: 21

Form CS-300
Revised 2/2012

# REQUEST FOR TRANSFER

Submit your request to the Office of Personnel Services Transfer Unit at 150 William Street, 16th Floor, New York, N.Y. 10038. All transfer requests received by Personnel Services will remain on file until the transfer is completed or one year from the date of submission. You may also fax your transfer documents to 212-341-2500.

This request is for: [ ] Transfer   [ ] Shift Change   [ ] Transfer and Shift Change

### EMPLOYEE INFORMATION: *Please print legibly.*

| Last Name: Littlejohn | First Name: Dawn | M.I.: L | Gender: (✓) Ms.  ( ) Mr. |
|---|---|---|---|
| Employee ID #: 0180901 | Current Title/Level: Administrative Staff Analyst (NM) | | |
| Home Address: 253 West 122rd Street | | | |
| City: NY | State: NY | | Zip: 10027 |
| Home Phone # (914) 475-1370 | Office Phone # (212) 341-2550 | Alternate Phone # ( ) | |

### CURRENT ASSIGNMENT:

| Division/Program: Administration/Employment Services | Unit/Facility: Personnel 16th floor |
|---|---|
| Distribution Point: M50 AD m2/Administrative Ser | Work Location Address and Borough: 150 William Street, 16th Fl NY, NY |
| Current Work Schedule/Tour: 9-5/Mon-Fri | Days Off/Pass Days: n/a |

### REQUEST FOR TRANSFER TO:

*formerly CGA*
*FSS*

| | Division/Program  1449 OCPK | Work Location Address and Borough |
|---|---|---|
| 1. | FSS/Office of Community Partnerships & Advocacy | 150 William Street, 11th Floor, Rm 11-41 Manhattan NY, NY |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### SHIFT CHANGE:

| What Work Schedule/Tour are you requesting? | What Days Off/Pass Days are you requesting? |
|---|---|
| N/a | |

Signature: Dawn L Littlejohn       Date: 4/13/12