# EXHIBIT 8

To: Fredele Monn
Serena Scott-Ram

From: Dawn Littlejohn

Subject: Hostile Work Environment - Transfer Request

Date: May 22, 2012

My contact #'s are (917) 475-1370 or cell (347) 504-5653 if you need to speak with me. I don't feel that well today so will visit the doctor shortly and then can only be reached on 347 #.

Thanks and be well.

May 22, 2012

Ms. Fredda Monn

Director, Equal Employment Opportunity Office

NYC Administration for Children's Services

150 William Street, 6th Floor

New York, NY 10038

Dear Ms. Monn:

This letter is meant to serve as a follow up to our April 20th discussion in which I provided information on the emotional distress I suffered at the hands of my current supervisor, Brandon Stradford, due to his unwanted physical advances. Therefore, at this time, I am requesting your assistance in a transfer to an alternate unit in the agency, as Mr. Stradford created a hostile working environment that has impacted my ability to effectively fulfill the expectations of my position.

As a result of sexual harassment-hostile environment I have suffered from anxiety and was forced to take a stress-related medical leave due to severe gastritis, nausea and body pain caused by working in this intolerable environment. I am currently under the care of a gastroenterologist and have sought professional counseling as well. Both professionals agree that my having to endure a hostile work environment has caused a deterioration in my health, mental anxiety and distress.

I am scheduled to return to work on June 5, 2012, and have now begun suffering from insomnia and have a continuous feeling of dread about returning to my current work location. I am disgusted and appalled at the prospect of returning to my current worksite. Just the thought of having to endure Mr. Stradford's daily threats and/or write ups suggesting that he will lower my title and pay simply because I rejected him as well as filed an EEOC complaint. I am currently on an approved FMLA leave and have attached a copy of this form for your review. Please let me know if you require additional documentation.

Again, I would greatly appreciate your assistance in being provided an opportunity to work diligently to meet expectations in a new unit where I can feel safe.

Sincerely,

*[signature]*