# EXHIBIT 9

Ms. Mann,

Thanks so much for the [illegible]
for the change in my supervisor. However,
please know that I am still sitting in
the department of [illegible], [illegible] will
be continues to harass me. I am
requesting that you please speak with
Mr. Wynter, my new supervisor regarding
moving me to a space outside of Mr.
Stradford's department. This whole ordeal
has made me and it a making me sick.
I would appreciate anything you can
do on my behalf. Attached, please a
sample of repeated requests as no more

Thanks and be well,

Dawn J. Littlejohn.