# EXHIBIT 10

**To:** Littlejohn, Dawn (ACS)
**Subject:** Re: Continuance of employment in Personnel Services/Request to move

I am not sure I understand what you mean by "situated in your former work unit" because you no longer report to your former supervisor.
Please let me know.

----------------------------
Sent from my BlackBerry Wireless Handheld


**From:** Littlejohn, Dawn (ACS)
**Sent:** Friday, August 17, 2012 06:02 PM
**To:** Wynter, Claudette (ACS)
**Subject:** Continuance of employment in Personnel Services/Request to move

Claudette,

As discussed, if possible I would like to continue my employment with ACS within Personnel Services. I admire your work ethic and I definitely feel that I can be an asset to your Division. In addition, based on my prior complaint, I am requesting to be moved to a space closer to you that you deem appropriate. Though I continue to conduct myself in a professional manner in carrying out given directives; I must admit that there is a level of discomfort with still being situated in my former work unit.

I appreciate your consideration of these requests.

Thanks and be well,

Dawn F. Littlejohn
NYC Administration for Children's Services
Office of Personnel Services
New York, New York 10038
(212)341-2550 Fax: (212) 341-2574
Dawn.Littlejohn@dfa.state.ny.us

Be the Hero of a Child's Story. Call 311 to Become a Foster or Adoptive Parent. <http://www.nyc.gov/foster

Confidentiality Notice: This e-mail communication, and any attachments, contains confidential and privileged information for the exclusive use of the recipient(s) named above. If you are not an intended recipient, or the employee or agent responsible to deliver it to an intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and delete this communication from your computer. Thank you.

8/20/2012

## Littlejohn, Dawn (ACS)

**From:** Littlejohn, Dawn (ACS)
**Sent:** Monday, August 20, 2012 12:12 PM
**To:** Monn, Fredda (ACS)
**Cc:** Scott-Ram, Serena (ACS)
**Subject:** FW: Continuance of employment in Personnel Services/Request to move

Good morning Ms. Monn,

Can we meet sometime this week to discuss issues surrounding my hostile work environment transfer request.

Thanks and be well,

Dawn F. Littlejohn
NYC Administration for Children's Services
Office of Personnel Services
New York, New York 10038
(212)341-2550  Fax: (212) 341-2574
Dawn.Littlejohn@dfa.state.ny.us

Be the Hero of a Child's Story. Call 311 to Become a Foster or Adoptive Parent. <http://www.nyc.gov/foster

---

**From:** Wynter, Claudette (ACS)
**Sent:** Monday, August 20, 2012 9:47 AM
**To:** Littlejohn, Dawn (ACS)
**Subject:** RE: Continuance of employment in Personnel Services/Request to move

That is not a requirement to sit closer to me if you report directly to me. I will examine the possibility of moving you to another location, but as I mentioned to you before, there are no vacant offices and I don't think a swap with any other member of staff is feasible at this time.

I will keep you updated.

---

**From:** Littlejohn, Dawn (ACS)
**Sent:** Monday, August 20, 2012 9:37 AM
**To:** Wynter, Claudette (ACS)
**Subject:** RE: Continuance of employment in Personnel Services/Request to move

Good morning Claudette,

As I expressed to you in the beginning, I thought it would be best and easier for me if I sat closer to you since I directly report to you.   Thanks

---

**From:** Wynter, Claudette (ACS)
**Sent:** Monday, August 20, 2012 7:53 AM

8/20/2012

## Littlejohn, Dawn (ACS)

**From:** Wynter, Claudette (ACS)
**Sent:** Monday, August 20, 2012 9:47 AM
**To:** Littlejohn, Dawn (ACS)
**Subject:** RE: Continuance of employment in Personnel Services/Request to move

That is not a requirement to sit closer to me if you report directly to me. I will examine the possibility of moving you to another location, but as I mentioned to you before, there are no vacant offices and I don't think a swap with any other member of staff is feasible at this time.

I will keep you updated.

---

**From:** Littlejohn, Dawn (ACS)
**Sent:** Monday, August 20, 2012 9:37 AM
**To:** Wynter, Claudette (ACS)
**Subject:** RE: Continuance of employment in Personnel Services/Request to move

Good morning Claudette,

As I expressed to you in the beginning, I thought it would be best and easier for me if I sat closer to you since I directly report to you.   Thanks

**From:** Wynter, Claudette (ACS)
**Sent:** Monday, August 20, 2012 7:53 AM
**To:** Littlejohn, Dawn (ACS)
**Subject:** Re: Continuance of employment in Personnel Services/Request to move

I am not sure I understand what you mean by "situated in your former work unit" because you no longer report to your former supervisor.
Please let me know.

----------------------------
Sent from my BlackBerry Wireless Handheld


**From:** Littlejohn, Dawn (ACS)
**Sent:** Friday, August 17, 2012 06:02 PM
**To:** Wynter, Claudette (ACS)
**Subject:** Continuance of employment in Personnel Services/Request to move

Claudette,

As discussed, if possible I would like to continue my employment with ACS within Personnel Services. I admire your work ethic and I definitely feel that I can be an asset to your Division.  In addition, based on my prior complaint, I am requesting to be moved to a space closer to you that you deem appropriate. Though I continue to conduct myself in a professional manner in carrying out given directives; I must admit that there is a level of discomfort with still being situated in my former work unit.

I appreciate your consideration of these requests.


8/20/2012

Thanks and be well,

Dawn F. Littlejohn
NYC Administration for Children's Services
Office of Personnel Services
New York, New York 10038
(212)341-2550  Fax: (212) 341-2574
Dawn.Littlejohn@dfa.state.ny.us

Be the Hero of a Child's Story.  Call 311 to Become a Foster or Adoptive Parent. <http://ww w.nyc.gov/foster

Confidentiality Notice: This e-mail communication, and any attachments, contains confidential and privileged information for the exclusive use of the recipient(s) named above. If you are not an intended recipient, or the employee or agent responsible to deliver it to an intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and delete this communication from your computer. Thank you.