# EXHIBIT 11

October 23, 2012

Mr. Kevin J. Berry Director
U.S. Equal Employment Opportunity Commission
New York District Office
33 Whitehall Street, 5th Floor
New York, N.Y. 10004

Re: EEOC No: 846-2012-00471

Dear Director Berry,

I received your letter, dated September 19, 2012, informing me that my request has been forwarded to the U.S. Department of Justice (DOJ) for action.

I informed Ms. Deborah Reik about some of the difficulties I was having with my then manager. I want to be sure that you are aware my additional charge of hostile work environment-sexual harassment at the hands of my manager within the unit in which I was placed after being unfairly demoted. My manager at the time, Brandon Stradford, created a hostile working environment that impacted my ability to effectively fulfill the expectations of my position. He was my supervisor from March 2011 through to June 5, 2012. I suffered great emotional distress due to his unwanted physical advances.

Upon my return from stress related medical leave(gastritis) on June 5, 2012, the office changed my supervisor. It took me getting sick for this to occur. However, I was still left sitting smack dab in the middle of his department where he continued to search my space, visit the office next to me constantly and stare at me for and portions of my body when I passed him and from behind cabinets.

I repeated ask the office to move me within the vicinity of my new work location and was declined. However, when I had mini-stroke on August 28, 2012, after being hospitalized for six days upon my return I was then moved from my office to a cubicle. Which was fine with me as long as I had peace. However, my doctor put me out on another leave due to overwhelming stress and inflammation at the base of my brain evident on the MRI. I am now out on medical – Worker's Compensation as a result of mental strain(WO67-12-43103) It has been very difficult to say the least to work in a place in which I have endured multiple wrongs and hardship. I will attach some documentation for your review. Please let me know what additional information you may need.

I met with ACS (Administration for Children's Services) EEO Office on April 20th and detailed a series of actions and behaviors that I endured at the hands of Mr. Stradford. We met for close to two hours and I also provided a list of witnesses. I appreciate all your efforts on my behalf.

Sincerely,

*Dawn J. Littlejohn*
Dawn F. Littlejohn

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
NEW YORK NY 10004

| | | |
|---|---|---|
| Postage | $ | $5.15 | 0015 |
| Certified Fee | | $2.95 | 07 Postmark Here |
| Return Receipt Fee (Endorsement Required) | | $2.35 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $10.45 | 10/24/2012 |

Sent To /Kevin Berry Director US EEOC NY Dist 4/
Street, Apt. No.; or PO Box No. 33 White Hall St, St H
City, State, ZIP+4 New York, NY 10004

PS Form 3800, August 2006    See Reverse for Instructions

7011 3500 0002 1980 6272

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Kevin J. Berry, Director
U.S. EEOC
New York District Office
33 White Hall Street, St H
New York, N.Y. 10004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery 10/25/12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7011 3500 0002 1980 6272

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540