# EXHIBIT 12



**Administration for Children's Services**

Ronald E. Richter
Commissioner

Fredda Monn
Director
Office of Equal
Employment
Opportunity

150 William Street
6th floor
New York, NY 10038

212-442-2356 tel.
212-676-6515 fax.

May 13, 2013

Inquiry EEO- 92-12

Dear Ms. Littlejohn:

The ACS Office of Equal Employment Opportunity (OEEO) has interviewed witnesses in the sexual harassment complaint that you filed, including the witnesses you provided to OEEO. OEEO was unable to find evidence to substantiate a violation of the EEO Policy in this matter. This inquiry is now closed. Should you have any questions, do not hesitate to contact EEO Officer Fredda Monn at 212-442-2356.

Sincerely,

*Fredda Monn*

Fredda Monn
ACS EEO Officer