# EXHIBIT 13

# REQUEST FOR REASONABLE ACCOMMODATION

The Administration for Children's Services will make reasonable accommodation to qualified applicants and employees with disabilities to enable them to perform the essential functions of their jobs, or to enjoy the equal benefits and privileges of employment and the employment process. These benefits and privileges will be made available to all applicants and employees requesting a reasonable accommodation, in conjunction with the Agency's Reasonable Accommodation Policy and Procedure.

**INSTRUCTIONS:** Applicants should complete sections I and II and submit this form to the agency staff supervising the application process. Current employees should complete sections I and III and submit this form to their immediate supervisors. Supervisors receiving requests for reasonable accommodation should complete section IV, return one copy of the completed form to applicant or employee requesting the accommodation, and immediately forward a second copy of the form to the agency's EEO Officer. The EEO Officer should complete and update section V as appropriate. Agency supervisory staff and/or the EEO Officer shall assist applicants or employees in completing this form where requested.

**SECTION I:** This section should be completed by both applicants and current employees.

Name: Dawn Littlejohn (Paul)

Address: 253 West 122nd Street

Phone: (347) 504-5653

(See attached) Accommodation Requested (attach additional sheets and supporting documentation as appropriate)

- Previously faxed (documentation) to EEO Office
- Medical documentation - Dr. Joshua Dorsky, Director, The Outpatient Center for Mental Health - Lenox Hill Hospital

**SECTION II:** Complete this section only if you are a job applicant.  n/a

Position/Title applied for: _____

Unit/Agency (if known): _____

Location of Position (if known): _____

Revised 7/10

1

Confidential

To: Claudette Wynter

From: Dawn Littlejohn

Subject: Request for Reasonable Accomodation

Date: November 29, 2012

11/29/12

Ms. Wynter,

    I am requesting a reasonable accomodation from the office so that I am able to return to work in a safe environment. Besides the fact, that I have already made the Office aware of a hostile work environment due to my previous supervisor, Brenda Stredford. I am now requesting a transfer to an alternate work location (outside of 150 W/11 St) where I can perform duties in my current title due to safety concerns. I have been advised both by my doctor and outside agencies to seek alternate work location and confirmation of such before returning to work.

    I am attempting to get clearance to return on December 14th but must be able to show my doctor that I have taken steps to secure my safety. The EEO Office has accompanying documentation on this request.