UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

DAWN F. LITTLEJOHN,

                                Plaintiff,

                       v.

CITY OF NEW YORK and AMY BAKER,

                               Defendants.
-------------------------------------------------------------------x

**STIPULATION OF
VOLUNTARY DISMISSAL**

13 Civ. 1116 (RWS)

JUDGE SWEET CHAMBERS

IS HEREBY STIPULATED AND AGREED, by and between the Parties as represented below, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed with prejudice.

Dated:   New York, New York
             January 27, 2016

**GREGORY SMITH & ASSOCIATES**
Gregory Gladstone Smith
225 Broadway, Suite ~~3901~~ 3601
New York, NY 10007
(212) 267-2042
Fax: (212) 267-2048
Email: gsmith225@aol.com

By: _____
Gregory Gladstone Smith

**ZACHARY W. CARTER**
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Rm. 2-122
New York, New York 10007-2601
Tel.: (212) 356-2471

By: _____
Michael F. Fleming
Assistant Corporation Counsel

So ordered.
Sweet USDJ
1.29.16

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/16